# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00066-CV

### R. K. S. and I. M., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-001541, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant R. K. S. filed her notice of appeal on February 9, 2022. The appellate record was complete on March 21, 2022, making appellant's brief due on April 11, 2022. On April 11, 2022, counsel for appellant filed a first motion for extension of time seeking an additional 14 days to file appellant's brief. On April 25, 2022, counsel for appellant filed a second motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we dismiss as moot appellant's first motion, grant appellant's second motion and order Karen J. Langsley to file appellant's brief no later than May 2, 2022. If

the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on April 28, 2022.


Before Justices Goodwin, Baker, and Triana